Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−23425−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roy Moss
   60 Randolph Road
   Floor #2
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−5981

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       12/21/16
Time:       10:00 AM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Kirsten B. Ennis, Debtor's Attorney

COMMISSION OR FEES
FEE $1843.83

EXPENSES
expenses: $0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 17, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-23425-SLM
Roy Moss                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2            Date Rcvd: Nov 17, 2016
                              Form ID: 137          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.

```
db              +Roy Moss,    60 Randolph Road,    Floor #2,    Plainfield, NJ 07060-2953
cr              +Specialized Loan Servicing LLC, as servicing agent,    c/o Buckley Madole, P.C.,
                 P.O. Box 22408,    Tampa, FL 33622-2408
cr              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    KOURY TIGHE LAPRES BISULCA & SOMMERS, P.,
                 1423 TILTON ROAD,    SUITE 9,    NORTHFIELD, NJ 08225-1857
513077266       +American Water Company,    1025 Laurel Oak Road,    Voorhees, NJ 08043-3597
513077267       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
513193320       +Bank of America N.A.,    Loss/Recovery,    800 Market St,    MO1-800-06-14,
                 St. Louis, MO 63101-2506
513418180       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513077268       +CCTS Capital LLC,    1415 Route 70 East,    Suite 504,    Cherry Hill, NJ 08034-2210
513115701       +Midland Credit Management, Inc.,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
513077271       +PSE&G,    80 Park Plaza,    Newark, NJ 07102-4194
514767113       +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
514767114       +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129,
                 Specialized Loan Servicing, LLC,    Attention Bankruptcy Department 80129-2386
513077274      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
513077272       +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
516114035        The Bank of New York Mellon,    c/o Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516114036       +The Bank of New York Mellon,    c/o Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785,    The Bank of New York Mellon,    c/o Bank of America, N.A. 33631-3785
515716101       +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
513194415        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2016 23:17:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2016 23:17:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513114756        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2016 23:16:03
                 CVF Consumer Acquisition Company its successors,    and assigns as assignee of NCO,
                 Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513077270       +E-mail/Text: bankruptcydepartment@tsico.com Nov 17 2016 23:18:40     Nco Fin /99,
                 Po Box 15636,    Wilmington, DE 19850-5636
513280755       +E-mail/Text: csc.bankruptcy@amwater.com Nov 17 2016 23:18:48     New Jersey American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
513136328       +E-mail/Text: bankruptcy@pseg.com Nov 17 2016 23:16:50     PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Midland Credit Management, Inc.
513077273*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Nov 17, 2016
                               Form ID: 137             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2007-13 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A., as servicer for The Bank of New
           York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc.,
           Asset-Backed Certificates, Series 2007-13 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
          Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
           The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
           the CWABS, Inc., Asset-Backed Certificates, Series BKNJ@buckleymadole.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2007-13 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Debtor Roy  Moss pacerecf@ennislegal.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Peter P. Bisulca    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2007-13 ktlbslaw@aol.com
          Ryan A. Gower    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-13
           bkecf@milsteadlaw.com
          Ryan A. Gower    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com
          Ryan A. Gower    on behalf of Creditor    Bank of America, N.A., as servicer for The Bank of New
           York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc.,
           Asset-Backed Certificates, Series 2007-13 bkecf@milsteadlaw.com
                                                                                             TOTAL: 10
```