| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Roy Moss, Debtor |
| In re:<br><br>    Roy Moss, Debtor |

**Order Filed on September 22, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 12-23425-SLM

Chapter 13

Judge: Hon. Stacey L. Meisel

### ORDER TO APPROVE LOAN MODIFICATION AGREEMENT / TERMS

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2_____ is hereby **ORDERED**.

**DATED: September 22, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor(s): Roy Moss
Case No: 12-23425-SLM
Caption of Order: **ORDER TO APPROVE LOAN MODIFICATION AGREEMENT / TERMS**

Upon the Motion of the Debtor, for approval of a Loan Modification Agreement Terms, pursuant to 11 U.S.C. § 362 (c)(3)(B), and after notice given to the Debtors and all other parties in interest, and for good cause shown, it is hereby:

ORDERED as follows:

1. The Loan Modification Agreement / Terms prepared by Bank of America, N.A., and filed with the motion pleadings is hereby approved; and

2. The Debtors are hereby authorized to sign and consummate the Loan Modification Agreement with Chase Home Finance, LLC; and

3. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification.

4. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of loan modification and all money that would otherwise be paid to Secured Creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the Secured Creditor that the modification was not consummated.

5. In the event the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtor's Attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor.

6. In the event the proof of claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

7. Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

8. The successful party shall serve this Order on the Debtor, the Trustee and all parties who entered an appearance on this matter within seven (7) days hereof.

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court